■ HASBRO INDUSTRIES, INC., et al., Appellants, v SAINT CONSTANTINE MARITIME CO., LTD., Respondent. — Order, Supreme Court, New York County (Alvin Klein, J.), entered on July 19, 1983, unanimously affirmed. Respondent shall recover of appellants $50 costs and disbursements of this appeal, and the appeal from the order of said court, entered on November 10, 1983, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Sullivan, Silverman and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL PEREZ, Appellant. — Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on October 15, 1982, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Sullivan, Silverman and Fein, JJ.